IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-CR-00012-SPB-46** |
| | ) | |
| **TRAVIS BLAKE LONGLEY,** | ) | **re [2138] Motion for Detention Hearing:** |
| | ) | **Appeal of Detention Order.** |
| **Defendant.** | ) | |

## MEMORANDUM ORDER

Pending before the Court in this criminal action is Defendant Travis Blake Longley's Appeal of Order to Detain Temporarily Under 18 U.S.C. § 3142(d), ECF No. [2138], For the reasons that follow, the Defendant's motion will be dismissed as moot.

On June 12, 2024, Chief United States Magistrate Judge Richard A. Lanzillo, after consideration of the testimony and evidence set forth on the record relative to the United States Probation Office's Petition for Action on Conditions of Pretrial Release [ECF No. 1238], and the supplemental petition filed on November 28, 2023 [ECF No. 1420], issued an order detaining the defendant temporarily until a final revocation hearing was set before the undersigned. A final revocation hearing was then scheduled, by separate order, for June 13, 2024.

Mr. Longley, through counsel, filed an appeal of Judge Lanzillo's detention order on June 24, 2024. In the interest of judicial economy, a hearing was held on July 18, 2024 to address both the Defendant's motion and the United States Probation Office's petitions alleging the defendant violated conditions of his pretrial release. At this hearing, the defendant did not contest the violations of his pretrial release, but he argued, through his attorney, that a modification of the conditions of release is warranted and presented a proposed custodian. The Court directed the

1

United States Probation Office to conduct a review of the custodian and provide notice to the Court within ten days. *See* ECF No. 2221.

This Court received notice from the United States Probation Office that the review of the proposed custodian was completed and an in-person status conference was then set for today's date.

Therefore, upon consideration of arguments at the July 18th hearing, the subsequent report by the United States Probation Office, witness testimony at today's hearing, and for the reasons set forth on the record at the hearing held this date, IT IS ORDERED that Defendant Travis Blake Longley shall be released and a separate order modifying the conditions of his pretrial release shall follow.

IT IS FURTHER ORDERED that Defendant's Appeal of Hon. Richard A. Lanzillo's Order to Detain Temporarily Under 18 U.S.C. § 3142(d), ECF No. [2138], is DISMISSED as moot.

Date: <u>August 2, 2024</u>

                                                      SUSAN PARADISE BAXTER
                                                      United States District Judge